# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 12, 2013

Mr. John P. Hehman
Southern District of Ohio at Columbus
85 Marconi Boulevard
Suite 260 U.S. Courthouse
Columbus, OH 43215-0000

Re:  Case No. 09-4525, *Phillip Charvat v. Echostar Satelite, LLC*
Originating Case No. : 07-01000

Dear Clerk,

Enclosed is a copy of the mandate which is being re-issued for this case.

Sincerely yours,

s/Michelle M. Davis
Case Manager
Direct Dial No. 513-564-7025

cc:  Mr. Thomas M. Bondy
Ms. Samantha Lee Chaifetz
Ms. Maureen Katherine Flood
Mr. Michael Brian Hissam
Mr. Benjamen E. Kern
Mr. Jacob M. Lewis
Mr. Matthew P. McCue
Mr. Benjamin C. Mizer
Mr. Eric Larson Zalud I

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 09-4525

_____

Filed: November 12, 2013

PHILLIP J. CHARVAT

        Plaintiff - Appellant

v.


ECHOSTAR SATELITE, LLC

        Defendant - Appellee


<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 10/17/2013 the mandate for this case hereby

issues today.


COSTS:  None