IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:   Terminated Cases Assigned to
Honorable Judge John D. Holschuh

ORDER

The Clerk of Court is hereby directed to randomly reassign any terminated case assigned to Senior Judge John D. Holschuh that requires additional action, without further order of this Court.

IT IS SO ORDERED.

_____
Honorable Susan J. Dlott, Chief Judge