# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PHILIP J. CHARVAT, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:07-CV-01000-ALM-MRA |
| ) | |
| -vs- ) | JUDGE ALGENON L. MARBLEY |
| ) | |
| ECHOSTAR SATELLITE LLC, ) | MAGISTRATE JUDGE MARK R. ABEL |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Philip J. Charvat and Defendant EchoStar Satellite LLC, n/k/a DISH Network, LLC hereby stipulate to Plaintiff's dismissal of all claims asserted against Defendant, with prejudice, each party to bear its or his own costs.

Respectfully submitted,

| | |
|---|---|
| /s/Brian K. Murphy | /s/ Eric Larson Zalud |
| Brian K. Murphy, Trial Attorney (0070654) | ERIC LARSON ZALUD (0038959) |
| Murray Murphy Moul + Basil LLP | DAVID M. KRUEGER (0085072) |
| 1114 Dublin Road | BENESCH, FRIEDLANDER, COPLAN |
| Columbus, OH 43215 | & ARONOFF LLP |
| Telephone: 614.488.0400 | Suite 2300, 200 Public Square |
| Facsimile: 614.488.0401 | Cleveland, Ohio  44114 |
| E-mail: murphy@mmmb.com | Telephone:   (216) 363-4500 |
| | Facsimile:   (216) 363-4588 |
| Matthew P. McCue | Email: ezalud@beneschlaw.com |
| The Law Office of Matthew P. McCue | dkrueger@beneschlaw.com |
| 1 South Ave., Third Floor | |
| Natick, MA 01760 | Attorneys for |
| Telephone: (508) 655-1415 | Defendant EchoStar Satellite LLC, n/k/a/ |
| mmcue@massattorneys.net | DISH Network, |

Attorneys for Plaintiff Philip J. Charvat

8378305 v1

## CERTIFICATE OF SERVICE

The foregoing Notice of Appearance was filed electronically on December *11*, 2014. Notice of this filing will be sent to all parties registered with the Court's electronic filing system by operation of the Court's system. Parties may access this filing through the Court's electronic filing system.

/s/ *Brian K. Murphy*